IN THE COURT OF APPEALS OF TENNESSEE

AT KNOXVILLE

F llE D

July 28, 1999

Cecil Crowson, Jr.
Appellate Court
Clerk

PAULA MARIE BROWN,            ) C/A NO. 03A01-9812-CV-00417
                             )
        Plaintiff-Appellee,  )
                             )
                             )
                             )
                             ) APPEAL AS OF RIGHT FROM THE
v.                           ) HAMILTON COUNTY CIRCUIT COURT
                             )
                             )
                             )
                             )
JAMES A. BROWN,              )
                             ) HONORABLE L. MARIE WILLIAMS,
        Defendant-Appellant.) JUDGE


CONCURRING OPINION


        I concur in the majority opinion.  I agree that the
majority's approach to determining gross income for current child
support is correct in this case.  I write separately to express
my view that the two-year-average approach utilized by the
majority in this case may not be appropriate in all cases.


                            _____
                            Charles D. Susano, Jr., J.